RECEIVED
IN ALEXANDRIA, LA
DEC 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH MARK DILLON | DOCKET NO. 06-1258 |
| VERSUS | JUDGE TRIMBLE |
| BRIAN RODGERS, ET AL | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law, it is

ORDERED that Plaintiff's Civil Rights Complaint is DISMISSED with prejudice as to the following defendants:

> LASALLE PARISH SHERIFF DEPARTMENT
> OFFICER BULLOCK
> OFFICER MILLER
> OFFICER MAZZO
> CAPTAIN RAMOS
> SERGEANT TIM WHITE
> SERGEANT SHANE WHITE

Plaintiff's claims against all other defendants not named herein are hereby reserved in accordance with the findings of the Magistrate Judge as expressed in his Report and Recommendation. Accordingly, it is

ORDERED that all remaining defendants shall file all required responses and other such pleadings as directed by the Magistrate's Memorandum Order of November 20, 2006.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 21st day of

December, 2006.

                                              _____
                                                      JAMES T. TRIMBLE, JR.
                                                    U.S. DISTRICT COURT JUDGE