RECEIVED
IN ALEXANDRIA, LA.
APR 1 4 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH MARK DILLON | CIVIL ACTION NO. 06-1258 |
| VERSUS | JUDGE TRIMBLE |
| BRAD ROGERS, ET AL. | MAGISTRATE JUDGE KIRK |

## O R D E R

A telephone status conference was held this day which included counsel for all parties and the undersigned. Pursuant to the recent ruling by the U.S. Fifth Circuit Court of Appeals in this case,[1] it is hereby

**ORDERED** that the parties shall have ninety (90) days from the issuance of this order in which to conduct and complete written and oral discovery as to the issue of whether or not plaintiff exhausted available administrative remedies and, more specifically, whether or not such remedies were "available" to him upon arrival at Allen Correctional after his stay at the temporary Jena facility. It is further

**ORDERED** that, with respect to those witnesses who may be able to offer to testimony as to both exhaustion and the merits of plaintiff's claims, plaintiff shall be entitled to question those particular witnesses as to both exhaustion and the merits of this case during the ninety-day exhaustion discovery period. It is further

**ORDERED** defendants shall file answers to plaintiff's claims within ninety (90) days of the

---

[1] R. 77.

1

issuance of this order. It is further

**ORDERED** that full discovery on the merits of plaintiff's claims shall commence ninety (90) days after the issuance of this order.

**THUS DONE AND SIGNED** in chambers in Alexandria, Louisiana this 14th day of April, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES T. TRIMBLE, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE